■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL LIPSEY, Appellant. [668 NYS2d 603] —Judgment, Supreme Court, Bronx County (Joseph Fisch, J.), rendered January 17, 1996, convicting defendant, after a nonjury trial, of criminal possession of a weapon in the third degree, and sentencing him to a prison term of 1 year, unanimously affirmed.

Defendant's suppression motion was properly denied. The record supports the court's credibility determinations. There was reasonable suspicion to pursue defendant where, within minutes of receiving a transmission of an African-American man wearing a beige jacket and carrying a gun, the officers encountered defendant, who matched the description, near the reported location, and defendant immediately fled upon making eye contact with one of the officers as the police car approached the scene (*Matter of Dalmin M.*, 201 AD2d 343, *appeal dismissed* 83 NY2d 883). There was probable cause to arrest defendant when he discarded the gun during his flight (*People v Smith*, 220 AD2d 219, *lv denied* 87 NY2d 1025). Concur—Sullivan, J. P., Milonas, Mazzarelli and Andrias, JJ.

■ STANLEY J. LEVY et al., Respondents, v MICHEL F. BAUMEISTER et al., Appellants. [668 NYS2d 451] —Judgment, Supreme Court, New York County (David Saxe, J.), entered December 13, 1996, awarding defendants $44,985.47 and $14,950.49, respectively, without prejudgment interest, unanimously affirmed, with costs.

Defendants' claim to a share of earnings from cases in which the remaining partners were retained after defendants retired is contrary to section 15 of the parties' partnership agreement, which limits a retiring partner's share in the remaining partners' net earnings to "a share of the value of the partnership's uncollected receivables inherent in matters pending at his Retirement Date". The refusal to award prejudgment interest was a proper exercise of discretion (CPLR 5001 [a]). Concur—Sullivan, J. P., Milonas, Mazzarelli and Andrias, JJ.